UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EUGENIA II INVESTMENT
HOLDINGS LIMITED (BVI),

    Plaintiff,

v.                                                Case No. 2:20-cv-843-JLB-NPM

ANTHONY BELISLE,

    Defendant.

## ORDER

Before the Court are the Unopposed Motion to Permit Special/Pro Hac Vice Admission of Attorney Joan A. Lukey (Doc. 20) and Unopposed Motion to Permit Special/Pro Hac Vice Admission of Attorney Justin J. Wolosz (Doc. 21). Upon review of the motions, the Court finds attorneys Joan A. Lukey and Justin J. Wolosz of Choate, Hall & Stewart LLP meet the requirements of Middle District of Florida Local Rule 2.02(a) and may appear specially on behalf of Defendant Anthony Belisle.

Accordingly, it is hereby **ORDERED**:

1. The Unopposed Motions to Permit Special/Pro Hac Vice Admission (Docs. 20, 21) are **GRANTED**.

2.      If non-resident attorneys Joan A. Lukey and Justin J. Wolosz have not already done so, counsel shall file an E-Filer Registration Form and pay the special admission fee within fourteen days of the date of this Order. Failure to complete these steps may cause the Court to revoke its permission to appear specially without further notice.

3.      Counsel is reminded that any attorney appearing in this Court pursuant to Local Rule 2.02(a) "shall be deemed to be familiar with, and shall be governed by, these [local] rules in general, including Rule 2.04 hereof in particular; and shall also be deemed to be familiar with and governed by the Code of Professional Responsibility and other ethical limitations or requirements then governing the professional behavior of members of The Florida Bar." M.D. Fla. R. 2.02(c).

4.      Pursuant to *In re: Possession and Use of Personal Electronic Devices in Federal Courthouses in the Middle District of Florida*, No. 6:13-mc-94-Orl-22, an attorney permitted to appear specially by this Order may—subject to inspection by Court Security Officers—bring personal electronic devices beyond the courthouse security checkpoint by presenting this Order.

**DONE** and **ORDERED** in Fort Myers, Florida on January 21, 2021.

*Nicholas P. Mizell*
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE