UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| EUGENIA II INVESTMENT HOLDINGS LIMITED (BVI), <br>           Plaintiff, <br><br> v. <br><br> ANTHONY BELISLE, <br>           Defendant. | CIVIL ACTION NO: 2:20-cv-00843 |

## DEFENDANT'S NOTICE OF CORRECTED EXHIBIT

Defendant, Anthony Belisle, respectfully submits a corrected version of **Document No. 16-9**, which is Exhibit J to the Transmittal Declaration of Joan A. Lukey in Support of Defendant's Dispositive Motion to Dismiss Complaint for Failure to State a Claim (Doc. 18). Defendant states as follows:

1. On January 19, 2021, Defendant filed a Dispositive Motion to Dismiss Complaint for Failure to State a Claim and Incorporated Memorandum of Law (Doc. 16) (the "Motion").

2. On January 19, 2021, Defendant also filed the Transmittal Declaration of Joan A. Lukey in Support of Defendant's Dispositive Motion to Dismiss Complaint for Failure to State a Claim (Doc. 18) (the "Declaration").

3. Defendant attached, as Exhibit J to the Declaration, a facsimile transmission dated October 26, 2017, which is Document No. 16-9 on the Court's docket.[1]

4. During the process of scanning and uploading Exhibit J, it became illegible. *See* Doc. 16-9.

---

[1] Although Exhibit J is an exhibit to the Declaration, it was linked to the Motion during the ECF filing process.

- 2 -

5.      A more legible version of Exhibit J is attached hereto, as a substitute for Document No. 16-9.  While the attached Exhibit J is clearer than Document No. 16-9, it is otherwise identical to Document No. 16-9.

Respectfully Submitted,

ANTHONY BELISLE,

By his attorneys,

*/s/  Joan A. Lukey*
Joan A. Lukey, Esq. (*Specially Admitted*)
jlukey@choate.com
Justin J. Wolosz  (*Specially Admitted*)
jwolosz@choate.com
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel.: (617) 248-5000
Fax: (617) 248-4000

Rodney S. Margol (Fla. Bar. No. 225428)
rodney@margolandmargol.com
MARGOL & MARGOL, P.A.
2029 North 3rd St.
Jacksonville Beach, FL 32250-7429
Tel.: 904-355-7508
Fax: 904-619-8741

Date: February 9, 2021

- 3 -

## **CERTIFICATE OF SERVICE**

I, Joan A. Lukey, attorney for the Defendant, Anthony Belisle, hereby certify that this document filed through the ECF system will be served electronically to the registered ECF participants as identified on the Notice of Electronic Filing (NEF).

 */s/ Joan A. Lukey*