# EXHIBIT J

**(Corrected Version of Doc. 16-9)**

# Barfield Nominees Limited

**Registered Address:**

Company No. 2825, Trafalgar Court, Les Banques, St. Peter Port, Guernsey, Channel Islands, GY1 3DA

## FACSIMILE TRANSMISSION

| | | | |
|---|---|---|---|
| To | SS&C Fund Services | | |
| Fax No | Markel.ir@ssinc.com | From | Don Anderson |
| Copy To | | No. of Pages | 8 |
| Copy Fax No | | Deal Reference no | 13035107 |
| Date | October 26, 2017 | Sender's Fax | +44 1481 745 052 |
| Subject | Deal Notification | Sender's Tel | +353 1 542 2023 |
| Fund Description | MarketI CATCo Limited Diversified Arbitrage Fund Series A | | |
| Investor | Barfield Nominees Ltd a/c GEN74 | | |
| Deal Type | Additional Subscription | | |
| Dealing Date | January 01, 2018 | | |
| Amount | Cash/10000000/USD | | |
| Cash Value Date | December 27, 2017 | | |
| Special Instructions | | | |

_Authorised Signatory_  _Authorised Signatory_

## Please advise us immediately if all pages are not received

*This fax is confidential and may also be privileged. If you are not the intended recipient, please notify us without delay and ensure that is it not copied or used for any purpose. Its contents should not be disclosed to any other person.*

Please indicate below the Series of Shares you would like to purchase by checking the appropriate box. If no box is checked, the subscription will be deemed to be designated as Series A in its entirety. If the subscription is to be designated as both Series, please check both boxes below and indicate in the appropriate area the amount of the subscription to be designated as each Series. If only one Series is selected, the amount may be left blank, as it will be deemed to be the entire subscription amount. If both Series are selected but no amounts are specified, the subscription will be divided equally among each Series.

| | Series | Amount |
|---|---|---|
| ☑ | Series A | U.S.$ 10,000,000.00 |
| ☐ | Series B | U.S.$ |

Date on which you intend for the subscription to be effective (if no date is indicated, this form will be treated as a request for subscription as of the next available subscription date after the date hereof): 01 Jan 2018

Name and address of the bank from which the Investor's payment to the Company will be wired:

__Northern Trust Chicago__

Name and account number at the financial institution being debited:

__see attached wire details__

Individual Investor

_____
(Signature of Investor)

_____
(Name of Investor)

Date:_____

Entity Investor

__Barfield Nominees Ltd a/c GEN74__
(Name of Entity)

_/s/ TZh_
(Signature of Authorized Signatory)

__THOMAS RYAN   Class 11__
(Name and Title of Authorized Signatory)

Scott De La Mare
Authorised Signatory

Date: __26 Oct 2017__

Ex. B-2

## Barfield Nominees Limited
Registered Address:
Company No. 2825, Trafalgar Court, Les Banques, St. Peter Port, Guernsey, Channel Islands, GY1 3DA

## Interested Party Details

Barfield Nominees Ltd a/c GEN74

Please arrange for all correspondence including, but not limited to, contract notes and confirmation of holdings to be sent automatically on a weekly / monthly basis to:-

**Barfield Nominees Limited**
E-mail: Barnoms@ntrs.com        Fax: +44 1481 745052

Northern Trust
E-mail: jm211@ntrs.com
         Eugenia_accounting@ntrs.com

Sheryl Sloan
Eagle Advisors Inc
E-mail: sloan@eagleadvisors.com        Fax: +1 212 373 5187

Regards,

Authorised Signatory
**Barfield Nominees Limited**

Authorised Signatory
**Barfield Nominees Limited**

NTAC:3NS-20

# Barfield Nominees Limited

PO Box 71, Trafalgar Court, Les Banques, St Peter Port, Guernsey, Channel Islands, GY1 3DA
Tel: +44 (0)1481 745000, Fax +44 (0)1481 745052, Internet: www.northerntrust.com

## SETTLEMENT PROCEED INSTRUCTION DETAILS

Please use the following instructions to send redemption proceeds for Barfield Nominees Limited.

**USD:**
Northern Trust Company Chicago
ABA: 071000152
SWIFT: CNORUS44
A/C Name: Northern CHGO/TRUST
A/C No: 5186061000
FFC: [PLEASE INSERT INVESTOR/REGISTRATION NAME AS NOTED ON FAX COVER]
A/c: 17-25359

**EUR:**
Societe Generale Paris
SWIFT SOGEFRPP,
A/c Northern Trust Company London,
SWIFT: CNORGB22,
IBAN: FR7630003069900010110236721,
FFC: [PLEASE INSERT INVESTOR/REGISTRATION NAME AS NOTED ON FAX COVER]

**GBP:**
The Northern Trust Company, London
Sort Code: 23-28-63
Swift: CNORGB22
Account Name: NTGL Guernsey
Account: GURED
IBAN: GB35CNOR23286310000119
FFC: Barfield Nominees Limited re [INSERT REGISTRATION NAME]

**JPY:**
The Hong Kong and Shanghai Banking Corporation Ltd
SWIFT: HSBCJPJT
A/C Name: The Northern Trust Company, London
SWIFT: CNORGB22
A/C No: 009-017070-026
FFC: [PLEASE INSERT INVESTOR/REGISTRATION NAME AS NOTED ON FAX COVER]

This email is confidential and may be privileged. If you are not the intended recipient, please notify us without delay and ensure that it is not copied or used for any purpose. Its contents should not be disclosed to any other person.

Registered Office: Trafalgar Court, Les Banques, St Peter Port, Guernsey, Channel Islands, GY1 3DA
Company Number: 2825

CHF:

Credit Suisse (Switzerland) Ltd

CRESCHZZ80A

A/C Name: The Northern Trust Company, London

SWIFT: CNORGB22

A/C No: 0835-0943400-23-010

IBAN CH4104835094340023010

FFC: [PLEASE INSERT INVESTOR/REGISTRATION NAME AS NOTED ON FAX COVER]

Regards,

Authorised Signatory
Barfield Nominees Limited

Authorised Signatory
Barfield Nominees Limited

Notice: The contents of this e-mail may also be privileged. If you are not the intended recipient, please notify us without delay and ensure that it is not copied or used for any purpose. Its contents should not be disclosed to any other person.

Registered Office: Trafalgar Court, Les Banques, St Peter Port, Guernsey, Channel Islands, GY1 3DA
Company Number: 2825

# Barfield Nominees Limited

PO Box 71, Trafalgar Court, Les Banques, St Peter Port, Guernsey, Channel Islands, GY1 3DA
Tel: +44 (0)1481 745000, Fax +44 (0)1481 745052, Internet: www.northerntrust.com

## WIRE REMITTANCE DETAILS

Please see below for remittance payment information for Barfield Nominees Limited. This information is to be used for informational purposes only. This is not the accounts with which any redemption proceeds are to be paid.

**USD:**
Northern Trust Company Chicago
ABA: 071000152
SWIFT: CNORUS44
A/C Name: Northern CHGO/TRUST
A/C No: 5186062000
FFC: [PLEASE INSERT INVESTOR/REGISTRATION NAME AS NOTED ON FAX COVER]

**EUR:**
Societe Generale Paris
SWIFT SOGEFRPP,
A/c Northern Trust Company London,
SWIFT: CNORGB22.
IBAN: FR7630003069900101?0236721.
FFC: [PLEASE INSERT INVESTOR/REGISTRATION NAME AS NOTED ON FAX COVER]

**GBP:**
The Northern Trust Company, London
Sort Code: 23-28-59
Swift: CNORGB22
Account Name: NTGL Guernsey
Account GURED
IBAN: GB35CNOR23285310000119
FFC: Barfield Nominees Limited re [INSERT REGISTRATION NAME]

Regards,

_____
Authorised Signatory
Barfield Nominees Limited

_____
Authorised Signatory
Barfield Nominees Limited

This message is confidential and may also be privileged. If you are not the intended recipient, please notify us without delay and ensure that it is not copied or used for any purpose. Its contents should not be disclosed to any other person.

Registered Office: Trafalgar Court, Les Banques, St Peter Port, Guernsey, Channel Islands, GY1 3DA.
Company Number: 2825



# Barfield Nominees Limited

P O Box 71, Trafalgar Court, Les Banques, St Peter Port, Guernsey, Channel Islands, GY1 3DA
Telephone Number: +44 (0) 1481 745000  Facsimile Number: +44 (0) 1481 745061

LIST OF AUTHORISED SIGNATORIES – 5 JUNE 2017

This list supersedes all lists of Authorised Signatories previously issued by Barfield Nominees Limited

## CLASS ONE

- Keith Stubbington, Director
- Richard Veillard, Director
- Greg McKenzie, Director
- Daniel Anderson
- Rachael Baker
- Alison Bennis
- Damien Bourke
- Scott de la Mare
- Claire Field
- Carmel Gleeson
- Brian Kelleher
- Linda Kelly
- Nathalie Langmead
- Lucy Mahy
- Lynn Philp
- Paul Rice
- Carmel Ryan
- Michael Ryan
- Nicole Scanlon
- Emma Sheehan
- Claire Simon

## CLASS TWO

- Shane Florish
- Joseph Kennedy
- Robert McTier
- Michael O'Connor
- Thomas Ryan
- Mady Sefuentes

CERTIFIED TRUE COPY
DIRECTOR / SECRETARY

Those who are authorised, on behalf of Barfield Nominees Limited, to countersign against the Company Seal:-
i) Any two Directors
ii) Any Director and the Company Secretary
iii) Any Director plus any other signatory

Those who are authorised to sign or execute any documentation, except against the Company Seal, in relation to Investments held by Barfield Nominees Limited in its capacity as nominee shareholder, based on proper instruction:

- Any class one signatory countersigned by either a class one or a class two signatory.

Registered Office: P O Box 71, Trafalgar Court, Les Banques, St Peter Port, Guernsey, Channel Islands, GY1 3DA
Company Number: 2825