## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

EUGENIA II INVESTMENT
HOLDINGS LIMITED (BVI),

     *Plaintiff*,

     v.                           No. 2:20-CV-00843-JLB-NPM

ANTHONY BELISLE,

     *Defendant.*

_____

## RULE 7.1 AND LOCAL RULE 3.03 DISCLOSURE STATEMENT

Filed by:[1] **John E. Fisher, Esq.,** *counsel for Plaintiff*

Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

None.

Each entity with publicly traded shares or debt potentially affected by the outcome:

None.

Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

None.

Each person arguably eligible for restitution:

None.

---

[1] When filing via CM/ECF, use the "Certificate of interested persons and corporate disclosure statement" event under Civil Events-Other Filings-Other Documents.

If filed by a nongovernmental corporate party, then identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

None.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted,

Dated:      February 25, 2021          FISHER RUSHMER, P.A.

By: /s/ *John Edwin Fisher*
John Edwin Fisher
Florida Bar No: 0091677
390 North Orange Avenue
Suite 2200
Orlando, Florida 32801
407-843-2111
407-422-1080 (Facsimile)
jfisher@fisherlawfirm.com
*Local Counsel for Plaintiff*

And

Andrew T. Solomon, Esq.
Paul E. Summit, Esq.
Solomon & Cramer LLP
1441 Broadway, Suite 6026
New York, NY 10018
*Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

2

I HEREBY CERTIFY that on the February 25, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send electronic notification to all counsel of record.

BY: */s/ John Edwin Fisher*
John Edwin Fisher, Esq.
Florida Bar No: 0091677

3