UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EUGENIA II INVESTMENT
HOLDINGS LIMITED (BVI),

    Plaintiff,

v.                                 Case No. 2:20-cv-843-JLB-NPM

ANTHONY BELISLE,

    Defendant.

| | | | |
|---|---|---|---|
| **Judge:** | Nicholas P. Mizell | **Counsel for Plaintiff** | Andrew T. Solomon<br>John Edwin Fisher |
| **Deputy Clerk:** | Wendy Winkel | **Counsel for Defendant:** | Joan A. Lukey<br>Justin J. Wolosz |
| **Court Reporter** | Digital | **Interpreter** | |
| **Date/Time** | March 16, 2021<br>10:45 AM | **Total Time** | 5 minutes |

Court discussed case management and scheduling deadlines and other issues regarding case management.

Court reminded Counsel to consult and follow the provisions of the forthcoming CMSO, the Court's Discovery Manual and CM/ECF administrative procedures and the District Judge's policies and preferences, all of which are available on the Court's website.

Scheduling Order to issue.