UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EUGENIA II INVESTMENT
HOLDINGS LIMITED (BVI),

      Plaintiff,

v.                                           Case No: 2:20-cv-843-JLB-NPM

ANTHONY BELISLE,

      Defendant.
_____/

**Oral Argument Re: [16] First Motion to Dismiss Complaint
held via Zoom video conference**

| Presiding Judge: | United States District Judge John L. Badalamenti |
|---|---|
| Counsel for Plaintiff(s): | Andrew T. Solomon/Paul Summit/John Fisher |
| Counsel for Defendant(s): | Joan A. Lukey/Justin Wolosz |
|  |  |
| Date and Time: | April 15, 2021 |
| Deputy Clerk: | Shelley Giauque |
| Court Reporter: | Stacey Raikes |
| Interpreter: | n/a |

Start Time: 2:30 PM

Court calls case. Counsel enter appearances.

Ms. Lukey provides argument as to the motion to dismiss complaint [16]. Mr. Summer provides argument. Ms. Lukey replies.

Court takes matter under advisement. The Court will issue a written ruling.

End time: 3:37 PM