UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
:
EUGENIA II INVESTMENT :
HOLDINGS LIMITED (BVI), :
:
Plaintiff, :
:
v. : Case No. 2:20-cv-00843-JLB-
: NPM
ANTHONY BELISLE, :
:
Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

**AGREED MOTION TO EXTEND BY 14 DAYS THE DEADLINE
TO ADD OR JOIN PARTIES OR AMEND PLEADINGS**

Defendant Anthony Belisle hereby moves the Court to extend the deadline to add or join parties or amend pleadings, currently set for **May 3, 2021** by this Court's April 19 Order (Doc. No. 43), by 14 days, to **May 17, 2021**.

The Court previously extended the deadline to add or join parties or amend pleadings from April 19, 2021 to May 3, 2021.  Doc. No. 43.  Counsel for Plaintiff and counsel for Defendant have conferred since that time, and have together concluded that they require an additional, brief extension in order to determine whether to add additional parties in this litigation.  The proposed two-week extension to the deadline to add or join parties or amend pleadings will not affect the

other deadlines set by the Court's Scheduling Order.  *See* Doc. No. 40.  Plaintiff agrees to this Motion.

WHEREFORE, Defendant, with the agreement of Plaintiff, respectfully requests that the Court extend the deadline to add or join parties or amend pleadings by two weeks, from the current deadline of **May 3, 2021** to **May 17, 2021.**

| | |
|---|---|
| Dated: April 27, 2021 | Respectfully Submitted, |
| | ANTHONY BELISLE, |
| | By his attorneys, |
| | */s/  Joan A. Lukey*<br>Joan A. Lukey, Esq. (*Specially Admitted*)<br>jlukey@choate.com<br>Justin J. Wolosz  (*Specially Admitted*)<br>jwolosz@choate.com<br>CHOATE, HALL & STEWART LLP<br>Two International Place<br>Boston, MA 02110<br>Tel.: (617) 248-5000<br>Fax: (617) 248-4000 |
| | Rodney S. Margol (Fla. Bar. No. 225428)<br>rodney@margolandmargol.com<br>MARGOL & MARGOL, P.A.<br>2029 North 3rd St.<br>Jacksonville Beach, FL 32250-7429<br>Tel.: 904-355-7508<br>Fax: 904-619-8741 |

2

## **Local Rule 3.01(g) Certification**

On April 27, 2021, Justin Wolosz, counsel for Defendant, conferred with Nathan Roberts, counsel for Plaintiff Eugenia Investment Holdings Ltd. (BVI), and Plaintiff agrees to the relief sought herein

## **CERTIFICATE OF SERVICE**

I, Joan A. Lukey, attorney for the Defendant, Anthony Belisle, hereby certify that this document filed through the ECF system will be served electronically to the registered ECF participants as identified on the Notice of Electronic Filing (NEF).

                                               */s/ Joan A. Lukey*