# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

----------------------------------- X
:
EUGENIA II INVESTMENT :
HOLDINGS LIMITED (BVI), :
:
            Plaintiff, :
:
    v. :   Case No. 2:20-cv-00843-JLB-NPM
:
ANTHONY BELISLE, :
:
           Defendant. :
:
----------------------------------- X

## AGREED MOTION TO EXTEND DEADLINE
## TO ADD OR JOIN PARTIES OR AMEND PLEADINGS

    Plaintiff Eugenia II Investment Holdings Limited (BVI) hereby moves the Court to extend the deadline to add or join parties or amend pleadings, currently set for **May 17, 2021** by this Court's prior Order Granting Defendant's Agreed Motion to Extend [ECF No. 45], by 15 days, to **June 1, 2021**.

    The parties are working towards a possible resolution of this matter and it is important to maintain the status quo. The proposed two-week extension to the deadline to add parties or amend the pleadings will not affect any other deadlines set by the Court's Scheduling Order. Defendant agrees to the resolution of this Motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: May 14, 2021 | **EUGENIA II INVESTMENT HOLDINGS LIMITED (BVI)** |
|  | By its attorneys, |
|  | /s/ *Andrew T. Solomon*<br>Andrew T. Solomon<br>SOLOMON & CRAMER LLP<br>25 West 39th St., 7th floor<br>New York, NY 10018<br>asolomon@solomoncramer.com |
|  | Paul E. Summit<br>SULLIVAN & WORCESTER, LLP<br>1633 Broadway<br>New York, NY 10019<br>psummit@sullivanlaw.com |
|  | John Edwin Fisher<br>FISHMER RUSHMER, P.A.<br>390 North Orange Avenue<br>Suite 2200<br>Orlando, Florida 32801<br>jfisher@fisherlawfirm.com |

### Local Rule 3.01(g) Certification

Counsel for Plaintiff Eugenia II Investment Holdings Limited (BVI) certifies that he has conferred with counsel for Defendant Anthony Belisle on the above Motion and Defendant agrees to the resolution of the Motion.

|  |  |
|---|---|
| Dated: May 14, 2021 | /s/ *Andrew T. Solomon*<br>Andrew T. Solomon<br>SOLOMON & CRAMER LLP |