UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

------------------------------------- X
:
EUGENIA II INVESTMENT :
HOLDINGS LIMITED (BVI), :
:
        Plaintiff, :
:
    v. :    Case No. 2:20-cv-00843-JLB-NPM
:
ANTHONY BELISLE, :
:
        Defendant. :
:
------------------------------------- X

**NOTICE OF SETTLEMENT IN PRINCIPLE**

    Pursuant to Middle District Rule 3.09(a), the parties hereby notify the Court that they have reached a settlement in principle that will resolve all claims in the case. The parties request that all deadlines be suspended and the case be stayed for 30 days pending the finalization of this settlement.

Respectfully submitted,

Dated: June 1, 2021

**EUGENIA II INVESTMENT HOLDINGS LIMITED (BVI)**

By its attorneys,

 /s/ *Andrew T. Solomon*
Andrew T. Solomon
SOLOMON & CRAMER LLP
25 West 39th St., 7th floor
New York, NY 10018
asolomon@solomoncramer.com

Paul E. Summit
SULLIVAN & WORCESTER, LLP
1633 Broadway
New York, NY 10019
psummit@sullivanlaw.com

John Edwin Fisher
FISHER RUSHMER, P.A.
390 North Orange Avenue
Suite 2200
Orlando, Florida 32801
jfisher@fisherlawfirm.com

Dated: June 1, 2021 **ANTHONY BELISLE**

By his attorneys,

/s/ *Joan A. Lukey*
Joan A. Lukey
Justin J. Wolosz
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
jlukey@choate.com
jwolosz@choate.com

Rodney S. Margol
MARGOL & MARGOL, P.A.
2029 North 3rd St. Jacksonville Beach, FL 32250-7429
rodney@margolandmargol.com