UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

---------------------------------- X
:
EUGENIA II INVESTMENT :
HOLDINGS LIMITED (BVI), :
:
Plaintiff, :
:
v. : Case No. 2:20-cv-00843-JLB-NPM
:
ANTHONY BELISLE, :
:
Defendant. :
:
---------------------------------- X

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, through their respective counsel, hereby stipulate that the above-captioned action and all claims asserted therein are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: July 21, 2021

**EUGENIA II INVESTMENT HOLDINGS LIMITED (BVI)**

By its attorneys,

 /s/   *John Edwin Fisher*
John Edwin Fisher
FISHER RUSHMER, P.A.
390 North Orange Avenue
Suite 2200

Orlando, Florida 32801
jfisher@fisherlawfirm.com

Paul E. Summit
SULLIVAN & WORCESTER, LLP
1633 Broadway
New York, NY 10019
psummit@sullivanlaw.com

Andrew T. Solomon
SOLOMON & CRAMER LLP
25 West 39th St., 7th floor
New York, NY 10018
asolomon@solomoncramer.com

-and-

Dated: July 21, 2021

**ANTHONY BELISLE**

By his attorneys,

/s/     *Joan A. Lukey*
Joan A. Lukey
Justin J. Wolosz
CHOATE HALL & STEWART LLP
Two International Place
Boston, MA 02110
jlukey@choate.com
jwolosz@choate.com

Rodney S. Margol
MARGOL & MARGOL, P.A.
2029 North 3rd Street
Jacksonville Beach, FL 32250
rodney@margolandmargol.com