UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EUGENIA II INVESTMENT HOLDINGS
LIMITED (BVI),

    Plaintiff,

v.                                                Case No:   2:20-cv-843-JLB-NPM

ANTHONY BELISLE,

    Defendant.
_____

## ORDER

The parties have filed a Stipulation of Dismissal with Prejudice.  (Doc. 52.) The stipulation is self-executing.  Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Anago Franchising, Inc. v. Shaz</u>, 677 F.3d 1272, 1278 (11th Cir. 2012).  Accordingly, the Clerk is **DIRECTED** to close the file.

**ORDERED** at Fort Myers, Florida, on July 22, 2021.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE